Michele R. Stafford, Esq. (SBN 172509)
Blake E. Williams, Esq. (SBN 233158)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Tel: (415) 882-7900
Facsimile: (415) 882-9287
mstafford@sjlawcorp.com
bwilliams@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. G. CROSTHWAITE, et al., as Trustees of of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br>v.<br><br>SIERRA EQUIPMENT RENTAL, INC., a California corporation; and MEL WEIR, individually,<br><br>Defendants. | Case No.: C12-0327 SI<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; DECLARATION OF BLAKE E. WILLIAMS IN SUPPORT THEREOF**<br><br>Date:      May 4, 2012<br>Time:     2:30 p.m.<br>Ctrm:     10, 19th Floor<br>             450 Golden Gate Avenue<br>             San Francisco, California 94102<br>Judge:    The Honorable Susan Illston |

Plaintiffs respectfully request that the Case Management Conference scheduled for May 4, 2012, at 2:30 p.m., be continued for approximately 60 – 90 days, as follows:

1. A Complaint was filed in this action on January 20, 2012, to compel Defendants' compliance with their obligations under the Collective Bargaining Agreement to which they are signatory.

2. In or about January 2012, Defendants, through their counsel, indicated that they would like to enter into a two year payment plan, with payments starting in April 2012. Defendants owe over $175,000.00. Because of the substantial amount of debt and the length of the payment plan, Plaintiffs' Trustees rejected the request.

3. On March 20, 2012, the Complaint, Summons, and all applicable court documents were sent out for service on Defendants.

-1-
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No.: C12-0327 SI

4.      Plaintiffs contacted Defendants' counsel to accept service.  However, Defendants' counsel stated that he was not authorized to accept service on behalf of his clients.  Plaintiffs also attempted to serve Defendants at their place of business, but Defendants had moved out the prior month.  Plaintiffs are currently researching a residential address for service.

5.      The last day to serve Defendants is May 19, 2012.  If Plaintiffs cannot locate Defendants by that date, Plaintiffs will file a Request to Extend Time for Service.

6.      Therefore, there is nothing for the Court to consider at this time, and Plaintiffs respectfully request that the Court continue the Case Management Conference for a period of 60 – 90 days to allow sufficient time to serve Defendants, and to allow time for Defendants' to respond to the Complaint.  If the Court is not inclined to grant such an extension, Plaintiffs request that the Case Management Conference currently scheduled for May 4, 2012, be continued for one week because Plaintiff's counsel will be out of town that day.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-entitled action, and that the foregoing is true to the best of my knowledge and belief.

Executed this 23rd day of April, 2012 at San Francisco, California.

                                      SALTZMAN & JOHNSON
                                       LAW CORPORATION

By:  _____/s/_____
      Blake E. Williams
      Attorneys for Plaintiffs

IT IS SO ORDERED.

The Case Management Conference in this action is hereby continued to __July 20__, 2012.  All related deadlines are extended accordingly.

Dated: ___4/25/12_____          _____
                                                    UNITED STATES DISTRICT JUDGE