1  Michele R. Stafford, Esq. (SBN 172509)
   Blake E. Williams, Esq. (SBN 233158)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   Tel: (415) 882-7900
4  Facsimile: (415) 882-9287
   mstafford@sjlawcorp.com
5  bwilliams@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8               UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

| 10 | F. G. CROSTHWAITE, et al., as Trustees of of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al., | Case No.: C12-0327 SI |
|---|---|---|
| 11 | | **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; DECLARATION OF BLAKE E. WILLIAMS IN SUPPORT THEREOF** |
| 12 | Plaintiffs, | |
| 13 | v. | |
| 14 | SIERRA EQUIPMENT RENTAL, INC., a California corporation; and MEL WEIR, individually, | Date:   July 20, 2012<br>Time:   2:30 p.m.<br>Ctrm:   10, 19th Floor |
| 15 | | 450 Golden Gate Avenue<br>San Francisco, California 94102 |
| 16 | Defendants. | Judge:  The Honorable Susan Illston |

17

18  Plaintiffs respectfully request that the Case Management Conference scheduled for July

19  20, 2012, at 2:30 p.m., be continued for approximately sixty (60) days, as follows:

20  1. A Complaint was filed in this action on January 20, 2012, to compel Defendants'

21  compliance with their obligations under the Collective Bargaining Agreement to which they are

22  signatory.

23  2. In or about January 2012, Defendants, through their counsel, indicated that they

24  would like to enter into a two year payment plan, with payments starting in April 2012.

25  Defendants owe over $175,000.00. Because of the substantial amount of debt and the length of

26  the payment plan, Plaintiffs' Trustees rejected the request.

27  3. On March 20, 2012, the Complaint, Summons, and all applicable court documents

28  were sent out for service on Defendants.

4. Defendants' counsel stated that he was not authorized to accept service on behalf of his clients. Therefore, Plaintiffs attempted to serve Defendants at their place of business, but Defendants had moved out the prior month. *See Request to Extend Time for Service, docket no. 10, ¶4, Exhibit A*.

5. Plaintiffs also attempted to serve Defendants at an alternate address, but that address was also invalid. *See Request to Extend Time for Service, docket no. 10, ¶8, Exhibit D*.

6. Further efforts were made by contacting a private investigator to conduct a search on a valid address to serve Defendants. The result of the investigation is still pending.

7. If Defendants cannot be located within thirty (30) days, Plaintiffs will attempt to serve Defendants by publication or by other means necessary.

8. The last day to serve Defendants is July 18, 2012. If Plaintiffs cannot locate Defendants by that date, Plaintiffs will file a Request to Extend Time for Service.

9. Therefore, there is nothing for the Court to consider at this time, and Plaintiffs respectfully request that the Court continue the Case Management Conference for a period of sixty (60) days to allow sufficient time to serve Defendants, and to allow time for Defendants' to respond to the Complaint.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-entitled action, and that the foregoing is true to the best of my knowledge and belief.

Executed this 10th day of July, 2012 at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____/s/_____
Blake E. Williams
Attorneys for Plaintiffs

IT IS SO ORDERED.

The Case Management Conference in this action is hereby continued to  9/21/12  , 2012. All related deadlines are extended accordingly.

Dated: 7/12/12                         _____
                                       UNITED STATES DISTRICT JUDGE

-2-
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No.: C12-0327 SI

P:\CLIENTS\OE3CL\Sierra Equipment Rental\Pleadings\C12-0327 SI - Req to Continue CMC 071012.docx