**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

October 23, 2012

RE:  CV 12-00327 SI         F.G. CROSTHWAITE-v- SIERRA EQUIPMENT RENTAL

Default is entered as to defendant Mel Weir on October 23, 2012.

RICHARD W. WIEKING, Clerk

/s/
by Yumiko Saito
Case Systems Administrator

NDC TR-4  Rev. 3/89